James Kyrimes, Appellant, v. Standard Insurance Company of New Jersey and Others, Respondents.*— Judgment in an action brought to recover damages under certain fire insurance policies reversed on the law and a new trial granted, costs to the appellant to abide the event. We are of opinion that the question as to whether the plaintiff did all that could be reasonably expected of him in complying with the provisions of the policies with respect to protecting the damaged property after the fire was for the jury and, even if he cannot recover for the damaged property because of his failure, he should not be denied a recovery on this ground for his property entirely destroyed. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

Dominic Landi and Another, Respondents, v. Ludin Realty Company, a Foreign Corporation Organized under the Laws of the State of Delaware, Appellant, and Others, Defendants.†— Action by Dominic Landi to recover damages for personal injuries sustained when he fell through the open and unguarded doorway of an elevator shaft in a building owned by appealing defendant, and by Angelo Landi, his father, to recover for expenses and loss of services. Judgment in favor of Dominic Landi and order denying motion to set aside the verdict as to him unanimously affirmed, with costs. Judgment in favor of Angelo Landi and order denying motion to set aside the verdict as to him reversed on the facts and a new trial granted as to the issue of damages as to him, costs to appellant to abide the event, unless within ten days from the entry of the order herein said respondent stipulate to reduce the verdict as to him to the sum of $2,000, in which event the judgment as so modified is unanimously affirmed, with costs. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

Lawyers Title and Guaranty Company, in Rehabilitation, Plaintiff, v. Charles F. Schmale Realty Company and Others, Defendants. Jacob Hager, a Tenant, Appellant; John T. Stuart, as Receiver, Respondent.— Order directing tenant to attorn, fixing the monthly rental and directing the payment thereof affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.